FILED

06/01/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0590

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0590

_____

CITY OF HELENA,

     Plaintiff and Appellee,

v.

                                    O R D E R

LESLIE GENE CASEM,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 1 2022